**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

STEVEN E. BONDS

Reg. No. 24226-009
**PETITIONER**

v.                              Case No. 4:09CV00342 JMM/HLJ

G. David Guntharp, Director
**RESPONDENT**
**Arkansas Department of Community Correction**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this   24   day of   September  , 2009.

_____
UNITED STATES DISTRICT JUDGE