# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**STEVEN E. BONDS**

**Reg. No. 24226-009**                                                                                    **PETITIONER**

**v.**                            **Case No. 4:09CV00342 JMM/HLJ**

**G. David Guntharp, Director**
**RESPONDENT**
**Arkansas Department of Community Correction**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this   24   day of  September , 2009.

_____
UNITED STATES DISTRICT JUDGE